UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                      No. C 14-951 SI (pr)

MARCO A. GOMEZ                              **ORDER OF DISMISSAL**
(CDCR # T-07566),

        Plaintiff.

_____ /

      Plaintiff sent to the court a letter complaining about the perceived unfairness of California sentencing laws that were applied to him. In an effort to protect his rights, a new action was opened and the letter was filed on February 28, 2014. Plaintiff was informed that he had not filed a complaint or habeas petition, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or habeas petition, nor did he file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: April 15, 2014                              _____
                                                                      SUSAN ILLSTON
                                                                      United States District Judge