UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                                  No. C 14-951 SI (pr)

MARCO A. GOMEZ                                                          **JUDGMENT**
(CDCR # T-07566),

      Plaintiff.

_____/

      This action is dismissed without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.

      IT IS SO ORDERED AND ADJUDGED.

Dated: April 15, 2014                                      _____
                                                             SUSAN ILLSTON
                                            United States District Judge

**United States District Court**
For the Northern District of California